ACCEPTED
01-14-00760-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 9:36:02 PM
CHRISTOPHER PRINE
CLERK

DAVID L. GARZA
ATTORNEY AT LAW
102 SOUTH LOCKWOOD
HOUSTON, TEXAS 77011
713/926-4604

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/13/2015 9:36:02 PM

CHRISTOPHER A. PRINE
Clerk

October 13, 2015


First Court of Appeals

301 Fannin

Houston, Texas 77002

RE: Alarcon v. Texas; Appellate No. 01-14-00760CR

Greetings:

As ordered, I have written Appellant to inform him of the Motion to Withdraw and Anders brief filed in this case and provided him with copies of both as well as the form motion for pro se access to the appellate record. A copy of Appellant's letter is attached.

Thank you for your attention to this matter.


Very truly yours,

/s/ David L. Garza

David L. Garza
DLG/jc

October 13, 2015


Ismael Aguilar Alarcon
TDC 01950811
Cotulla Unit
610 FM 624
Cotulla, Texas 78014


RE: Alarcon v. State; Appellate No. 01-14-00760CR

Greetings Mr. Alarcon:

I am writing you regarding your rights and my duties in the appellate process.  You have a right protected by the United States Constitution to have a lawyer represent you on your first appeal, and I have been appointed to pursue your appeal in the First Court of Appeals of Texas. However, I have an ethical duty not to file frivolous appeals.

After diligently and thoroughly reviewing the record of your trial, I have concluded that I am unable to make any meritorious legal arguments on your behalf and that any appeal would be frivolous.   Therefore, I have filed a Motion to Withdraw as Counsel in the First Court of Appeals.  In support of that motion I am required to file a brief discussing any potential points of error and state either why the trial court's ruling was correct or why you were not harmed.  (This is commonly referred to as an "*Anders* Brief.")  I have enclosed a copy of this brief for your review.

I would like to outline your rights in this *Anders* Brief process.  As I stated, I have filed a brief in the First Court of Appeals in support of my Motion to Withdraw.  You have a right to object to my Motion to Withdraw and to file a pro se brief in the First Court of Appeals in response to my Motion to Withdraw and supporting brief.  I have provided their address for your convenience.

The law also requires me to advise you that you have the right to file a brief of your own, that you have the right to request additional time to do so, and that you have the right to have access to and to have an opportunity to read the transcript in the case to assist you in the preparation of your own brief.

If you do so, you should write the First Court of Appeals, 301 Fannin, Houston, Texas  77002, and inform the court that (1) your counsel has filed a frivolous appeal brief, (2) that you wish to file a brief of your own, (3) that you wish for the appellate court to extend the deadline for filing briefs so that you may have time to complete your own brief, and (4) that you desire an opportunity to read your transcript and statement of facts prior to the deadline for filing your own brief.

If you choose to file a brief, you should identify for the court those issues which you believe the court should consider in deciding whether your case presents any meritorious issue. If you file a pro se brief, the court will engage in an independent review of the record to search for any errors which might arguably support an appeal or require reversal. If so, then the court will grant my Motion to Withdraw, but abate the appeal and direct the trial court to appoint you a different appellate lawyer. If the court finds no error in the record, it will affirm your conviction.

Please understand that I have given your appeal a great deal of thought, but it is my professional opinion that you received a fair hearing and the record does not indicate any error requiring reversal of your case.

Sincerely,

*/s/ David L. Garza*

David L. Garza
DLG/jc


First District Court of Appeals
301 Fannin
Houston, Texas 77002